1  KAREN P. HEWITT
United States Attorney
2  DOUGLAS KEEHN
Assistant United States Attorney
3  California State Bar No. 233686
United States Attorney's Office
4  Federal Office Building
880 Front Street, Room 6293
5  San Diego, California 92101
Telephone: (619) 557-6549
6
7  Attorneys for Plaintiff
UNITED STATES OF AMERICA
8

**FILED**

DEC 2 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ M _____ DEPUTY

9                   UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

*07CR3436 WQH*

11  UNITED STATES OF AMERICA,      )   Magistrate Case No. 07MJ8972
                                   )
12                     Plaintiff,  )
                                   )   **STIPULATION OF FACT AND JOINT**
13            v.                   )   **MOTION FOR RELEASE OF**
                                   )   **MATERIAL WITNESS(ES) AND**
14  FILIBERTO CORVERA-MENDEZ,      )   **ORDER THEREON**
                                   )
15                     Defendant.  )
                                   )   **(Pre-Indictment Fast-Track Program)**
16

17         **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19  Douglas Keehn, Assistant United States Attorney, and defendant FILIBERTO CORVERA-

20  MENDEZ, by and through and with the advice and consent of defense counsel, Jeremy D. Warren,

21  that:

22         1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27  and (v)(II).

28  //

WDK:psd:12/11/07

2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **January 9, 2008**.

4.     The material witnesses, Irian Bautista-Colorado, Rolando Marquez-Juarez, and Juan Carlos Hernandez-Hernandez, in this case:

    a.     Are aliens with no lawful right to enter or remain in the United States;

    b.     Entered or attempted to enter the United States illegally on or about December 9, 2007;

    c.     Were found in a vehicle driven by defendant near Calexico, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d.     Were paying an unknown amount and $1,500-$2,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e.     May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.     After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a.     The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b.     The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Filiberto Corvera-Mendez                 2                                        07MJ8972

1          c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4 waives the right to confront and cross-examine the material witness(es) in this case.

5       6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6 read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7 further that defendant has discussed the terms of this stipulation and joint motion with defense

8 counsel and fully understands its meaning and effect.

9       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10 immediate release and remand of the above-named material witness(es) to the Department of

11 Homeland Security for return to their country of origin.

12       It is STIPULATED AND AGREED this date.

13                    Respectfully submitted,

14                    KAREN P. HEWITT

15                    United States Attorney

16 Dated: 12/ 20/07 .

17                    DOUGLAS KEEHN

                       Assistant United States Attorney

18 Dated: 12/18/07 .

19                    JEREMY D. WARREN

20                    Defense Counsel for CORVERA-MENDEZ

21 Dated: 12/18/07 .         Filiberto Corvera Mendez

22                    FILIBERTO CORVERA-MENDEZ

                       Defendant

23

24

25

26

27

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Filiberto Corvera-Mendez     3            07MJ8972

1

**O R D E R**

2
Upon joint application and motion of the parties, and for good cause shown,

3
**THE STIPULATION** is admitted into evidence, and,

4
**IT IS ORDERED** that the above-named material witness(es) be released and remanded

5
forthwith to the Department of Homeland Security for return to their country of origin.

6
**SO ORDERED.**

7

8
Dated: _12-20-07_ .

9
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Filiberto Corvera-Mendez          4                    07MJ8972